

13-CR-05491-JGM

T COURT
IINGTON

UNITED STATES OF AMERICA

V.

RONNIE P. BERNARDO

**JUDGMENT IN A CRIMINAL CASE**
**(Short Form)**

CASE NUMBER: CR13-5491

Colin Fieman

Defendant's Attorney

■ **THE DEFENDANT** pleaded guilty to ~~count(s) II of the misdemeanor Information~~ the single-count Superceding Information

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| RCW 46.61.525 | Negligent driving in the second degree | 5/3/2013 | I |

☐ Count(s) ____________ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By: |
|---|---|---|---|---|
| $255 | $250 | $ 5 | $ | 90 days |

Defendant's SSN: XXX-XX-1968
(Last 4 digits only)
Defendant's DOB: XX-XX-1968
Defendant's USM No.: ____________

[signature]
Special Assistant United States Attorney

25 November 2013
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

Hon. Brian Tsuchida
United States Magistrate Judge (Add Name of Judicial Officer)

25 November 2013
Date

[signature]
Defendant's Signature